**Motion Granted and Order filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00162-CV
_____

**GERARDO SOLIS, OSMIN TURCIOS, CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, AND CHIPOTLE MEXICAN GRILL, INC., Appellants**

**V.**

**S.V.Z., INDIVIDUALLY AND AS NEXT FRIEND OF A.Z., HER MINOR CHILD, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2014-69341**

## ORDER

Gerardo Solis filed a notice of appeal from the trial court's final judgment. Osmin Turcios, Chipotle Mexican Grill of Colorado, LLC, and Chipotle Mexican Grill, Inc. also filed a notice of appeal from the same judgment. S.V.Z., individually and as next friend of A.Z., filed a notice of cross-appeal from the same judgment. The record was filed April 21, 2017. On June 27, 2017, the parties filed a joint motion to adopt a briefing schedule and word limits and assert cross-points

in appellee's brief. The motion was granted and a briefing schedule was ordered in this case on July 11, 2017. On September 7, 2017, the parties filed a joint agreed motion to adopt amended briefing schedule. The motion was granted and an amended briefing schedule was ordered in this case on September 14, 2017. Further, on December 21, 2017, the parties filed a joint agreed motion to adopt a second amended briefing schedule. The motion was granted and the second amended briefing schedule was ordered in this case on January 9, 2018.

On February 15, 2018, the appellees' filed an unopposed motion to extend the briefing deadlines and joint agreed motion to adopt a third amended briefing schedule. The motion is granted. Accordingly, we order the following:

- The combined appellee/cross-appellant's brief for S.V.Z., individually and as next friend of A.Z., (27,500 word limit) is due April 17, 2018;

- The combined reply brief/cross-appellee's brief for Osmin Turcios, Chipotle Mexican Grill of Colorado, LLC, and Chipotle Mexican Grill, Inc. and the combined reply brief/cross-appellee's brief for Gerardo Solis (22,500 word limit) are due June 18, 2018; and

- The reply brief for S.V.Z., individually and as next friend of A.Z., (10,000 word limit) is due August 17, 2018.

No further extensions of time will be granted absent exceptional circumstances.

The aggregate briefing for each (1) Gerardo Solis, (2) Osmin Turcios, Chipotle Mexican Grill of Colorado, LLC, and Chipotle Mexican Grill, Inc., and (3) S.V.Z., individually and as next friend of A.Z., shall not exceed 37,500 words.


PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.